

FILED
CLERK, U.S. DISTRICT COURT
SEP - 9 2013
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO. 01-297-ABC-4 |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| | ) Allegations of Violations of Probation/ |
| DANNY LEE FONTNO, JR. | ) Supervised Release Conditions) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//
//

1         The court concludes:

2 A.    ( )    Defendant poses a risk to the safety of other persons or the community
3                    because defendant has not demonstrated by clear and convincing
4                    evidence that:

5 _____

6 _____

7 _____

8 _____

9

10 (B)    (✓)    Defendant is a flight risk because defendant has not shown by clear
11                    and convincing evidence that:
12                    _Defendant will appear as ordered_

13 _____

14 _____

15 _____

16

17         IT IS ORDERED that defendant be detained.

18

19 DATED: 9/9/2013

20

21

22                              _Patrick J. Walsh_
23                              HON. PATRICK J. WALSH
24                              UNITED STATES MAGISTRATE JUDGE